# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DENARD DARNELL NEAL,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:21CV00380 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **J. C. STREEVAL, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Respondents. | ) | |

*Denard Darnell Neal, Pro Se Petitioner.*

The petitioner, Denard Darnell Neal, proceeding pro se, has filed a pleading purporting to invoke habeas corpus jurisdiction. The court liberally construed and docketed his filing as a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Generously construed, Neal alleges in this Petition that under various purported provisions of civil and commercial law, he should be released from confinement under his federal criminal sentence. After reviewing his submissions, I find that Neal's petition must be summarily dismissed.

Neal is currently confined at the United States Penitentiary Lee ("USP Lee"), located in this judicial district. His Petition consists of 48 pages and dozens of attached exhibits. While his submissions use English words, sentences, and punctuation, and cite supposed legal documents and provisions of law, I cannot find any logical, factual, or legal bases on which I have authority to order Neal's release

from confinement in federal prison, an objective that he seeks to achieve. As a prior court has held in dismissing a previous submission from Neal, "the questions raised . . . are so insubstantial as not to require further argument." *United States v. Neal*, 263 F. App'x 572 (9th Cir. 2008) (unpublished). Therefore, without further discussion, I will summarily dismiss Neal's Petition without prejudice, because it fails to demonstrate any ground for habeas relief.*

    A separate Final Order will be entered herewith.

DATED: November 17, 2021

/s/ JAMES P. JONES
Senior United States District Judge

---

\* Under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, which may be applied to § 2241 cases under Rule 1(b), "[i]f it plainly appears from the [face of a § 2241] petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify petitioner."